IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YE MING HUANG,<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| BAI WEI LLC,<br>*Defendant* | : | No. 22-3618 |

## ORDER

AND NOW, this 14th day of August, 2023, upon consideration of Plaintiff's Motion for Conditional Collective Certification (Doc. No. 12), the Declaration of Aaron Schweitzer in Support of Plaintiffs' Motion for Conditional Collective Certification (Doc. No. 13), Plaintiff's Memorandum of Law in Support of the Motion for Conditional Collective Certification (Doc. No. 14), and Defendant's Response in Opposition (Doc. No. 15), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that

1. Plaintiff's Motion for Conditional Collective Certification (Doc. No. 12) is **DENIED** without prejudice.

2. Plaintiff's counsel shall correct the Motion (Doc. No. 12), the Declaration of Aaron Schweitzer (Doc. No. 13), and the Memorandum of Law (Doc. No. 14) such that the filings conform to the requirements of Federal Rule of Civil Procedure 11 within 7 days of the issuance of this Order, or the filings will be stricken.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE