IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YE MING HUANG, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SAKURA MANDARIN, INC. *et al.*, | : | No. 21-3757 |
| *Defendant* | : | |

| | | |
|---|---|---|
| YE MING HUANG, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAI WEI LLC, | : | No. 22-3618 |
| *Defendant* | : | |

### ORDER

**AND NOW**, this 3rd day of May 2024, it is **ORDERED** that the parties shall appear in Courtroom 16B on **May 9, 2024 at 4:30 p.m.** for a hearing before the Honorable Karen Spencer Marston, on behalf of the Honorable Gene E.K. Pratter, concerning the status of the above-captioned cases.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ Karen Spencer Marston for*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**