IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YE MING HUANG, | : | |
|       *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SAKURA MANDARIN, INC. *et al.*, | : | No. 21-3757 |
|       *Defendant* | : | |

| | | |
|---|---|---|
| YE MING HUANG, | : | |
|       *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAI WEI LLC, | : | No. 22-3618 |
|       *Defendant* | : | |

## AMENDED ORDER

**AND NOW**, this 8th day of May 2024, it is **ORDERED** that the parties shall appear in Courtroom 16B on **May 9, 2024 at 9:00 a.m.** for a hearing before the Honorable Karen Spencer Marston, on behalf of the Honorable Gene E.K. Pratter, concerning the status of the above-captioned cases.

**IT IS SO ORDERED.**

                                            **BY THE COURT:**

                                            */s/ Karen Spencer Marston for*
                                            **GENE E.K. PRATTER**
                                            UNITED STATES DISTRICT JUDGE