IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YE MING HUANG, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| SAKURA MANDARIN, INC. *et al.*, *Defendant* | : : : | No. 21-3757 |
| YE MING HUANG, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| BAI WEI LLC, *Defendant* | : : : | No. 22-3618 |

## SCHEDULING ORDER

**AND NOW**, this 9th day of May, 2024, following the May 9, 2024 status conference, it is **ORDERED** as follows:

1. Counsel shall participate in a **remote** settlement conference with Magistrate Judge Carol Sandra Moore Wells to be held on **May 16, 2024 at 10:00 a.m.**

2. Counsel shall file a **JOINT REPORT** on the status of settlement by **May 20, 2024.**[1]

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Karen Spencer Marston for
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] If the parties have not settled the case by this date, the joint report should include proposed case management deadlines.