IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YE MING HUANG, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAI WEI LLC, | : | No. 22-3618 |
| *Defendant* | : | |

## ORDER

AND NOW, this 13th day of May, 2024, upon consideration of Plaintiff's Motion for Conditional Collective Certification (Doc. No. 19), and Defendant's Response in Opposition (Doc. No. 22), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion (Doc. No. 19) is **DENIED** with prejudice.

BY THE COURT:

/s/ Gene EK Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**