IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YE MING HUANG, | : | |
|     Plaintiff, | : | |
| v. | : | **CIVIL ACTION** |
| SAKURA MANDARIN INC | : | |
|   f/d/b/a Sakura Mandarin | : | No. 21-cv-03757 |
|   d/b/a Bai Wei; | : | |
| WEN HE WANG | : | |
|   a/k/a Wenhe Wang, | : | |
| JACK CHEN | : | |
|     Defendants. | : | |

| | | |
|---|---|---|
| YE MING HUANG, | : | |
|     Plaintiff, | : | **CIVIL ACTION** |
| v. | : | |
| BAI WEI LLC, | : | No. 22-cv-03618 |
| | : | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff YE MING HUANG ("Plaintiff"), having reached a preliminary resolution of his claims under the Fair Labor Standards Act and the Pennsylvania Minimum Wage Act against Defendants SAKURA MANDARIN INC f/d/b/a Sakura Mandarin d/b/a Bai Wei; WEN HE WANG a/k/a Wenhe Wang and JACK CHEN in No. 21-cv-03757 (collectively, "Sakura Mandarin Defendants") and BAI WEI LLC in No. 22-cv-03618 ("Bai Wei Defendant") (together, "Defendants,") hereby moves jointly with Defendants before this Honorable Court for an Order approving the Parties' proposed Settlement Agreement.

Plaintiff's arguments in support of the Joint Motion are explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated herein by reference.

    Respectfully submitted,
    **TROY LAW, PLLC**
    By: */s/ Tiffany Troy*
    Tiffany Troy, Esq.

    41-25 Kissena Blvd, Suite 110
    Flushing, NY 11355

Tel: (718) 762-1324
TiffanyTroy@TroyPllc.com
*Attorneys for Plaintiff*

Dated: August 10, 2024

## **CERTIFICATE OF SERVICE**

      I, Tiffany Troy, Esquire, hereby certify that on May 18, 2024, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing the following counsel:

Claude I. Schoenberg, Esq.
SCHOENBERG LAW OFFICE
363 Bala Avenue
Bala Cynwyd, PA 19004
610-908-6129
claude.schoenberg@me.com

      Respectfully submitted,
      **TROY LAW, PLLC**
      By: */s/ Tiffany Troy*
      Tiffany Troy, Esq.

Dated: August 10, 2024